**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000531**
**18-MAY-2015**
**10:10 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

NOS. CAAP-13-0000531,
CAAP-13-0000551, AND CAAP-13-0000615

## NO. CAAP-13-0000531

WILLIAM A. ARTHUR, SR., Individually, and
THE ESTATE OF MONA ARTHUR thru William A. Arthur Sr.
as the Personal Representative,
Plaintiffs/Appellees,
v.
STATE OF HAWAI'I, DEPARTMENT OF HAWAIIAN HOME LANDS;
KAMEHAMEHA INVESTMENT CORPORATION; DESIGN PARTNERS INC.;
COASTAL CONSTRUCTION CO., INC.; ASSOCIATION OF KALAWAHINE
STREAMSIDE ASSOCIATION; SATO AND ASSOCIATES, INC.;
DANIEL S. MIYASATO, INC.,
Defendants/Appellees,
and
JOHN and MARY DOES 1-50, DOE PARTNERSHIPS 1-50,
DOE CORPORATIONS 1-50, and OTHER DOE ENTITIES 1-50,
Defendants

---

KAMEHAMEHA INVESTMENT CORPORATION,
Third-Party Plaintiff/Appellee,
v.
KIEWIT PACIFIC CO.,
Third-Party Defendant/Appellee

---

STATE OF HAWAI'I, DEPARTMENT OF HAWAIIAN HOME LANDS,
Third-Party Plaintiff-Appellee,
v.
KIEWIT PACIFIC CO.,

Third-Party Defendant-Appellee

---

KIEWIT PACIFIC CO.,
Fourth-Party Plaintiff/Appellee,
v.
PACIFIC FENCE, INC., et al.,
Fourth-Party Defendant/Appellant

### NO. CAAP-13-0000551

WILLIAM A. ARTHUR, SR., Individually,
and THE ESTATE OF MONA ARTHUR thru
William A. Arthur Sr. as the Personal Representative,
Plaintiffs/Appellants/Cross-Appellees,
v.
STATE OF HAWAI'I, DEPARTMENT OF HAWAIIAN HOME LANDS;
KAMEHAMEHA INVESTMENT CORPORATION; DESIGN PARTNERS INC.,
Defendants/Appellees/Cross-Appellees
and
COASTAL CONSTRUCTION CO., INC.;
SATO AND ASSOCIATES, INC.; AND DANIEL S. MIYASATO,
Defendants/Appellees/Cross-Appellants,

---

KAMEHAMEHA INVESTMENT CORPORATION,
Third-Party Plaintiff/Appellee/Cross-Appellee,
v.
KIEWIT PACIFIC CO.,
Third-Party Defendant/Appellee/Cross-Appellee

---

KIEWIT PACIFIC CO.,
Fourth-Party Plaintiff/Appellee/Cross-Appellee,
v.
PACIFIC FENCE, INC.,
Fourth-Party Defendant/Appellee/Cross-Appellee

### NO. CAAP-13-0000615

WILLIAM A. ARTHUR, SR., Individually, and
THE ESTATE OF MONA ARTHUR thru William A. Arthur Sr.
as the Personal Representative,
Plaintiffs/Appellees,
v.
STATE OF HAWAI'I, DEPARTMENT OF HAWAIIAN HOME LANDS;
KAMEHAMEHA INVESTMENT CORPORATION; COASTAL CONSTRUCTION
CO., INC.; ASSOCIATION OF KALAWAHINE STREAMSIDE ASSOCIATION;
SATO AND ASSOCIATES, INC.; DANIEL S. MIYASATO, INC.,
Defendants/Appellees
and

2

DESIGN PARTNERS, INC.,
Defendant/Appellant,

---

KAMEHAMEHA INVESTMENT CORPORATION,
Third-Party Plaintiff/Appellee,
v.
KIEWIT PACIFIC CO., Third-Party Defendant/Appellee

---

KIEWIT PACIFIC CO.,
Fourth-Party Plaintiff/Appellee
v.
PACIFIC FENCE, INC.,
Fourth-Party Defendant/Appellee
and
JOHN DOES 1-5, DOE CORPORATIONS 1-5, DOE PARTNERSHIPS 1-5,
ROE NON-PROFIT ORGANIZATIONS 1-5, and
ROE GOVERNMENTAL AGENCIES 1-5,
Fourth-Party Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 05-1-1981-11)


ORDER OF CORRECTION
(By:  Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Intermediate Court of Appeals filed on February 27, 2015, is corrected as follows:

On page 4, footnote 1 is corrected to read "The Honorable Rom A. Trader and The Honorable Glenn J. Kim presided. The Honorable Karen T. Nakasone signed the Amended Final Judgment."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, May 18, 2015.

FOR THE COURT:

Presiding Judge

---

[1]  Considered by Foley, Presiding J., Fujise and Leonard, JJ.

3